## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Michael Outley

                         Plaintiff,

v.                                                     Case No.: 1:17−cv−08633
                                                                        Honorable Gary Feinerman

City of Chicago, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 23, 2022:

      MINUTE entry before the Honorable Gary Feinerman:For the reasons stated on the record, Plaintiff's "ex parte motion for emergency injunction to stay proceedings" [317] and Plaintiff's "motion in limine, motion to renew, and for clarification" [319] are denied. While the grounds stated on the record are sufficient to warrant the denial of those motions, the court may articulate further grounds, or elaborate on those stated on the record, at a later juncture. Defendants' motion to dismiss for lack of prosecution [321] is entered and continued. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.